# 403 Forbidden

- Code: AccessDenied
- Message: Access Denied
- RequestId: FQ5MX4ZMMQ9EGR4M
- HostId: ztbwQ+/O7QHqyiwRN1LMMeaKUiXF8Eqo4fU7uvya0DpmUEls+3UNp8Heh3WS4kYakPgQjdxlJrLr2D70U897CJTKrKp3rI/YP74750kH5bk=

**An Error Occurred While Attempting to Retrieve a Custom Error Document**

- Code: AccessDenied
- Message: Access Denied