UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>AOL MEDIA LLC,<br><br>    Defendant. | Civil Action No. 1:25cv 02448 |

**DECLARATION OF PLAINTIFF THOMAS RICHARDS**
**IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Thomas Richards, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein.

2. I am a citizen of the Commonwealth of Virginia.

*My AOL Email Account*

3. I have been an AOL email user since approximately 2000. I have maintained the same AOL email address for approximately twenty-five years.

4. My AOL email address is my primary email address for personal, professional, and ministry communications.

5. My AOL email address is linked to numerous important accounts and relationships accumulated over twenty-five years, including ministry supporters, individuals who contact me for religious counsel and guidance, professional contacts, and personal contacts.

### *My Ministry Work*

6. I am a biblical scholar with approximately twenty-nine years of experience. I operate a biblical scholarship ministry.

7. I use my AOL email address extensively for my ministry work, including communications with ministry supporters, ministry planning, and correspondence with individuals seeking religious guidance.

8. My ministry work includes positions and teachings that are controversial and disfavored by certain government and corporate actors. The privacy of my religious communications is therefore particularly important to me.

### *AOL's Notice of Privacy Changes*

9. On November 27, 2025, which was Thanksgiving Day, I received an email from AOL notifying me of changes to the Terms of Service and Privacy Policy, effective January 2, 2026.

10. I reviewed the new Terms of Service and Privacy Policy. I was alarmed to discover that the new policies state that AOL will process "the content of incoming and outgoing emails and attachments" for "Smart Features," as well as "Tailored Content" and "Targeted Advertising."

11. The new policies also permit AOL to share data from my "AOL Mail inbox with our AI Providers."

12. The new policies claim "legitimate interest" as the legal basis for processing my email content, which means no affirmative consent is required.

13. The new policies further permit disclosure of my data to "Public, judicial and/or police authorities" and retain data for "Defense purposes" for up to ten years.

14. These terms alarmed me because they represent a fundamental change from the privacy protections AOL promised for twenty-five years.

### *AOL's Prior Privacy Representations*

15. I am informed and believe that AOL's prior privacy policy stated that it would not "read your private online communications without your consent."

16. I would not have continued to use AOL as my primary email for twenty-five years if I had known that AOL would later claim the right to read all my emails without my consent.

17. I received multiple notices from AOL beginning in or around 2018 prompting me to accept new unified Terms of Service and Privacy Policy. I intentionally declined to accept those terms each time. I was never locked out of my AOL email account or prevented from accessing my email for refusing to accept the new terms. I have continued to use my AOL email account from 2018 to the present without ever agreeing to terms that would authorize AOL to read my private email communications.

### *Irreparable Harm*

18. I now face an impossible choice: either accept the new terms and submit to surveillance of my religious and personal communications or reject the new terms and forfeit my email address and the approximately 150,000 emails I have sent and received over the years.

19. If I accept the new terms, I will know that every email in my account along with every email I send and receive in the future is being read and analyzed by AOL and shared with AI providers. This knowledge will chill religious communications using my AOL email address and my willingness to engage in frank correspondence about religious and personal matters.

20. If I reject the new terms and forfeit my email address, I will lose a core component of my digital identity that I have built over twenty-five years. I will lose contact with people who have only my AOL address. I will need to update every institution, account, and contact that has my AOL address on file. Some of those connections may be irretrievably lost.

21. Either outcome causes harm to me that cannot be remedied by money damages.

22. The deadline of January 2, 2026 is imminent. AOL states that simply logging in to my email account after that date will constitute "agreement" to the new terms. I cannot even access my own email archive without triggering the new terms.

23. I urgently need the Court's intervention to preserve the status quo while my claims are adjudicated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 20, 2025.

                                                        ___/s/ Thomas Richards  
                                                        Thomas Richards