**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| THOMAS RICHARDS,<br>    Plaintiff,<br><br>v.<br><br><br>AOL MEDIA LLC,<br>    Defendant. | Civil Action No. 1:25cv 02448<br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>LWR Law Offices<br>3060 Williams Dr. Ste 300 #510<br>Fairfax, Virginia 22031<br>(202) 981-2059<br>LWR@LWRLawOffices.com<br>Counsel for Plaintiff |

**AMENDED DECLARATION OF LISA WEINGARTEN RICHARDS IN SUPPORT OF AMENDED EMERGENCY PRESERVATION MOTION AND FOR SPOLIATION SANCTIONS**

I, Lisa Weingarten Richards, declare under penalty of perjury as follows:

1. I am counsel for Plaintiff Thomas Richards in this action. I am a member in good standing of the Virginia State Bar. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein.

2. This Amended Declaration supersedes my original Declaration filed on December 23, 2025. Due to the extreme time pressure of preparing this action and the emergency TRO motion before the two-day federal holiday closure on December 24-25, I inadvertently overlooked that I had in fact preserved a PDF copy of Defendant's legacy privacy policy on November 27, 2025. Upon further review of my files on December 25, 2025, I located this document. This Amended Declaration corrects and clarifies the record.

**Preservation of Legacy Privacy Policy on November 27, 2025**

3. On November 27, 2025, I researched Defendant AOL Media LLC's privacy policies in connection with this dispute.

4. I located Defendant's legacy privacy policy page at the URL https://privacy.aol.com/legacy/privacy-policy.1.html. I personally accessed this page and verified its contents. The page was publicly accessible without any login or authentication required. The page contained the following statement: "Oath does not read your private online communications without your consent."

5. At approximately 11:25 PM on November 27, 2025, I printed Defendant's legacy privacy policy page to PDF format. A true and correct copy of this PDF is attached hereto as Exhibit A. The file metadata on my computer confirms the creation date of November 27, 2025. A screenshot of my file explorer showing the file metadata is attached hereto as Exhibit B.

**Continued Accessibility on December 16, 2025**

6. On December 16, 2025, I accessed Defendant's legacy privacy policy page at privacy.aol.com. The page loaded successfully. My browser history confirms this

access. Exhibit D (Screenshot of browser history showing successful access to "Full Privacy Policy - AOL Privacy" at privacy.aol.com on December 16, 2025).

7. The legacy privacy policy page was fully accessible on December 16, 2025 -- the day before Defendant was served with this lawsuit. My browser history further confirms that as of December 25, 2025, the same page returns a "403 Forbidden" error. Exhibit D.

**Service of Process**

8. On December 17, 2025, I caused Defendant to be served with a Complaint in a related state court action, Richards v. AOL Media LLC, filed in Loudoun County Circuit Court, Virginia. Service was effected via process server at Defendant's registered agent in Delaware. The state court action arises from the same facts and alleges similar claims regarding Defendant's change in privacy terms.

**Discovery of Spoliation on December 20, 2025**

9. On December 20, 2025, I attempted to access the same legacy privacy policy page I had accessed on November 27, 2025 and December 16, 2025. When I navigated to https://privacy.aol.com/legacy/privacy-policy.1.html, I received a "403 Forbidden" error with the message "Code: AccessDenied" and "Message: Access Denied." A true and correct screenshot of this error is attached hereto as Exhibit C.

10. The legacy privacy policy page that was publicly accessible on November 27, 2025 and December 16, 2025 -- and which I preserved to PDF on November 27, 2025 -- became inaccessible within three days of Defendant being served with this lawsuit on December 17, 2025.

11. As of the date of this Amended Declaration, the page at https://privacy.aol.com/legacy/privacy-policy.1.html continues to return a 403 Forbidden error.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 25, 2025.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards