UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS RICHARDS,<br>    Plaintiff,<br><br>v.<br><br><br>AOL MEDIA LLC,<br>    Defendant. | Civil Action No. 1:25cv 02448 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED EMERGENCY MOTION FOR PRESERVATION ORDER AND FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

Upon consideration of Plaintiff's Amended Emergency Motion for Sanctions for Spoliation of Evidence and for Emergency Preservation Order, the supporting declarations and exhibits, and the entire record herein, and the Court having found that:

1. Defendant's legacy privacy policy, publicly accessible at https://privacy.aol.com/legacy/privacy-policy.1.html, contained the statement "Oath does not read your private online communications without your consent";

2. Plaintiff's counsel preserved a PDF copy of this policy on November 27, 2025, while it was publicly accessible;

3. Defendant was served with a lawsuit in Loudoun Circuit Court related to the same underlying facts on December 17, 2025;

4. Within three days of service, Defendant blocked public access to the legacy privacy policy page, which now returns a "403 Forbidden" error;

5. Defendant had a duty to preserve evidence relevant to this litigation upon being served with the Complaint;

6. Defendant's conduct constitutes spoliation of evidence under Federal Rule of Civil Procedure 37(e); and

7. The timing of Defendant's conduct -- blocking access to the page within days of being served with a lawsuit relying on that page's content -- demonstrates intent to deprive Plaintiff of the evidence's use in this litigation;

It is hereby ORDERED as follows:

1. PRESERVATION ORDER: Defendant shall immediately preserve all versions of its privacy policies, terms of service, and frequently asked questions pages, including all legacy versions, in whatever form they exist on Defendant's servers. Defendant shall not delete, modify, or further restrict access to any such documents pending resolution of this litigation.

2. PRODUCTION ORDER: Within seven (7) days of the date of this Order, Defendant shall produce to Plaintiff complete copies of all versions of its privacy policies, terms of service, and FAQ pages that have been in effect at any time from 2000 to the present.

3. RESTORATION OF ACCESS: Within forty-eight (48) hours of the date of this Order, Defendant shall restore public access to the legacy privacy policy pages at:

    - https://privacy.aol.com/legacy/privacy-policy.1.html
    - https://privacy.aol.com/legacy/faq/index.html
    - https://privacy.aol.com/legacy/privacy-policy/

OR, in the alternative, produce complete copies of all such pages to Plaintiff within twenty-four (24) hours.

4. FINDING OF SPOLIATION: The Court finds that Defendant spoliated evidence by blocking public access to its legacy privacy policy pages after being served with this lawsuit.

5. ADVERSE INFERENCE: Pursuant to Federal Rule of Civil Procedure 37(e)(2), the jury shall be instructed that it may presume that the content of Defendant's legacy privacy policy pages, to the extent not preserved by Plaintiff, was unfavorable to Defendant.

6. DEEMED ESTABLISHED: For purposes of this litigation, it is deemed established that Defendant's legacy privacy policy stated "Oath does not read your private online communications without your consent" and that this promise governed accounts, including Plaintiff's account, that did not accept the 2018 unified Oath Terms of Service.

7. ATTORNEYS' FEES: Defendant shall pay Plaintiff's reasonable attorney's fees and costs incurred in bringing this Motion, in an amount to be determined upon submission of appropriate documentation by Plaintiff.

IT IS SO ORDERED.

ENTERED this \_\_\_\_ day of _____, 2025.


United States District Judge