| File | | Date Modified | Type |
|---|---|---|---|
| VA AG website receipt for AOL complaint... | ✓ | 11/27/2025 11:41 PM | Adobe Acrobat D... |
| VA AG AOL Complaint.pdf | ✓ | 11/27/2025 11:33 PM | Adobe Acrobat D... |
| VA AG AOL Complaint.docx | ✓ | 11/27/2025 11:33 PM | Microsoft Word D... |
| AG complaints re AOL TOS.docx | ✓ | 11/27/2025 11:30 PM | Microsoft Word D... |
| AOL Thanksgiving email.pdf | ✓ | 11/27/2025 11:27 PM | Adobe Acrobat D... |
| AOL prior 2017 Privacy Policy.pdf | ✓ | 11/27/2025 11:25 PM | Adobe Acrobat D... |