

# 403 Forbidden

- Code: AccessDenied
- Message: Access Denied
- RequestId: ZQD4E4Z814E5JNXZ
- HostId: CGvSnHc9iJskLSudWOHLrYsnfCNCnYj0/a8e8cpKyE1WKkgAkxTuNJ9xU41aXyi3vQg7KnnQJKM=

**An Error Occurred While Attempting to Retrieve a Custom Error Document**

- Code: AccessDenied
- Message: Access Denied