UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

|  |  |
|---|---|
| THOMAS RICHARDS,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>AOL MEDIA LLC,<br>　　　　　　Defendant. | Civil Action No. 1:25cv 02448 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the supporting declarations and exhibits, and the entire record herein, and the Court having found that:

1. Plaintiff is likely to succeed on the merits of his claims under the Stored Communications Act, the Electronic Communications Privacy Act, and Virginia common law;

2. Plaintiff never accepted Defendant's 2018 unified Oath Terms of Service and Privacy Policy, and his account remains governed by the legacy AOL Privacy Policy, which states that "Oath does not read your private online communications without your consent";

3. Defendant's new Terms of Service and Privacy Policy, effective January 2, 2026, would authorize Defendant to read, analyze, and share Plaintiff's private email communications with third parties without lawful consent;

4. Plaintiff will suffer irreparable harm absent injunctive relief, including invasion of privacy that cannot be undone and potential loss of his email account and twenty-five years of digital identity;

5. The balance of equities tips in Plaintiff's favor, as Plaintiff seeks only to maintain the status quo while Defendant will suffer no cognizable harm from a brief delay in implementing its new privacy terms as to this single user;

6. An injunction serves the public interest in the enforcement of federal privacy statutes and in preventing digital platforms from coercing long-term users into accepting surveillance terms under threat of account termination; and

7. No bond or a nominal bond is appropriate because Defendant will suffer no quantifiable harm from continuing to provide Plaintiff email service under the legacy terms;

8. The January 2, 2026 effective date of Defendant's new Terms of Service creates an imminent deadline that requires immediate relief

It is hereby ORDERED as follows:

1. ENFORCEMENT OF NEW TERMS ENJOINED: Defendant is enjoined from enforcing its new Terms of Service and Privacy Policy against Plaintiff pending final resolution of this action.

2. ACCOUNT ACCESS PROTECTED: Defendant is enjoined from terminating, suspending, restricting, or otherwise interfering with Plaintiff's access to his AOL email account pending final resolution of this action.

3. EMAIL SURVEILLANCE ENJOINED: Defendant is enjoined from reading, scanning, analyzing, or otherwise processing the contents of Plaintiff's stored or incoming email communications pending final resolution of this action.

4. THIRD-PARTY DISCLOSURE ENJOINED: Defendant is enjoined from sharing or disclosing any of Plaintiff's email data with third parties, including "AI Providers," pending final resolution of this action.

5. LEGACY TERMS MAINTAINED: Defendant shall maintain Plaintiff's account under the legacy AOL Privacy Policy terms pending final resolution of this action.

6. BOND WAIVED: The bond requirement under Federal Rule of Civil Procedure 65(c) is waived.

7. DURATION: This Order shall remain in effect until further order of this Court.

8. EXPEDITED HEARING: A preliminary injunction hearing shall be scheduled within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

ENTERED this ____ day of _____, 2025.

United States District Judge