**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

THOMAS RICHARDS,
Plaintiff,

v.

AOL MEDIA LLC,
Defendant.

Civil Action No. 1:25cv 02448

Lisa Weingarten Richards, Esq.
VSB #96671
LWR Law Offices
3060 Williams Dr. Ste 300 #510
Fairfax, Virginia 22031
(202) 981-2059
LWR@LWRLawOffices.com
Counsel for Plaintiff

**NOTICE OF FILING EXHIBITS**

Plaintiff Thomas Richards, by counsel, hereby files Exhibit A (AOL Privacy Policy) and Exhibit B (AOL FAQs), which were referenced in Plaintiff's Motion for Reconsideration (Dkt. 12) but inadvertently omitted from that filing.

Dated: December 30, 2025

Respectfully submitted,

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards, Esq.
VSB #96671
LWR Law Offices
3060 Williams Dr. Ste 300 #510

Fairfax, Virginia 22031
(202) 981-2059
LWR@LWRLawOffices.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, the foregoing Motion for Reconsideration was filed with the Court via CM/ECF and a courtesy copy was emailed to counsel for Defendant at BSpears@mcguirewoods.com and zporetz@mcguirewoods.com.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards