**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

THOMAS RICHARDS,
Plaintiff,

v.

Civil Action No. 1:25cv 02448

AOL MEDIA LLC,
Defendant.

Lisa Weingarten Richards, Esq.
VSB #96671
LWR Law Offices
3060 Williams Dr. Ste 300 #510
Fairfax, Virginia 22031
(202) 981-2059
LWR@LWRLawOffices.com
Counsel for Plaintiff

**SUPPLEMENT TO MOTION FOR RECONSIDERATION**

Plaintiff respectfully submits this brief supplement, filed promptly after further review of the Court's 8:00 p.m. Order.

The Court characterized Plaintiff's 26-day period between announcement and federal filing as "delay." This characterization is untenable.

Under both Virginia and federal law, defendants are given 21 days merely to file a responsive pleading. Va. Sup. Ct. R. 3:8; Fed. R. Civ. P. 12(a)(1)(A)(i). In less time than that, Plaintiff:

- Filed a complaint with the Virginia Attorney General (the same day the policy was announced);
- Researched novel legal claims under the Stored Communications Act and ECPA;

- Drafted a verified complaint and TRO motion with supporting exhibits;
- Filed suit in the Circuit Court of Loudoun County;
- Appealed to the Virginia Supreme Court after being denied emergency status; and
- Filed the instant federal action.

If responding to a lawsuit in 21 days is reasonable, then filing one -- plus an administrative complaint, a state court action, and a state appellate filing -- in 26 days cannot be "delay."

Dated: December 31, 2025

Respectfully submitted,

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards, Esq.
VSB #96671
LWR Law Offices
3060 Williams Dr. Ste 300 #510
Fairfax, Virginia 22031
(202) 981-2059
LWR@LWRLawOffices.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2025, the foregoing Supplement to the Motion for Reconsideration was filed with the Court via CM/ECF and a courtesy copy was emailed to counsel for Defendant at BSpears@mcguirewoods.com and zporetz@mcguirewoods.com.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards