IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| THOMAS RICHARDS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No: 1:25CV02448 |
| AOL MEDIA LLC, | ) |
| *Defendant*. | ) |

**JOINT MOTION FOR ENTRY OF PROPOSED ORDER REGARDING MOTIONS**

The parties hereby jointly move the Court to enter the attached proposed order regarding motions, and state as follows:

1. On December 30, 2025, the Court ordered the parties to "meet and confer on an agreed upon date and notice a hearing on the motion for preliminary injunction for a Thursday after January 8, 2026."

2. The parties, by counsel, met and conferred on January 5, 2026.

3. To expedite the preliminary injunction hearing, the parties agreed that no live testimony shall be presented.

4. Additionally, counsel for Defendant explained that Defendant intends to file a motion to compel arbitration and a motion to dismiss on or before January 12, 2026.

5. The parties agreed to a briefing schedule that will allow Defendants' forthcoming motions to be fully briefed while also allowing for a preliminary injunction hearing to occur on January 22, 2026.

6. Attached to this motion is a proposed order that sets forth the above stipulations and agreements.

7. Wherefore, the parties ask the Court to grant this joint motion and to enter the proposed order.

Dated: January 6, 2026

Respectfully submitted,

*/s/ Brooks H. Spears*
Brooks H. Spears (VSB No. 86391)
Zachary J. Poretz (VSB No. 99508)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
T: (703) 712-5132
F: (703) 712-5252
bspears@mcguirewoods.com
zporetz@mcguirewoods.com
*Counsel for Defendant*

-AND-

*/s/ Lisa Weingarten Richards*
Lisa Weingarten Richards (VSB No. 96671)
**LWR LAW OFFICES**
3060 Williams Dr., Suite 300 #510
Fairfax, Virginia 22031
T: (202) 981-2059
LWR@LWRLawOffices.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on January 6, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.

*/s/ Brooks H. Spears*