**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| THOMAS RICHARDS,<br><br>*Plaintiff*,<br><br>v.<br><br>AOL MEDIA LLC,<br><br>*Defendant*. | Case No: 1:25CV02448 (PTG/IDD) |

**ORDER REGARDING MOTIONS**

On January 6, 2026, the parties jointly moved for entry of this proposed order. Having considered the parties' joint motion, and for good cause shown, the Court GRANTS the parties' joint motion and ORDERS as follows:

1. Defendant shall respond to Plaintiff's motion for preliminary injunction (ECF 2) and amended spoliation motion (ECF 6) on or before January 12, 2026.
2. Defendant shall file any motion to compel arbitration and motion to dismiss on or before January 12, 2026.
3. Plaintiff shall file any oppositions to Defendant's motion to compel arbitration and motion to dismiss on or before January 15, 2026.
4. Defendant shall file any replies for its motion to compel arbitration and motion to dismiss within six (6) days of the date that Plaintiff files his oppositions.

5. The Court shall hold a hearing to address all pending motions on Friday, January 23, 2026, at 8:30 a.m. Plaintiff's motion for preliminary injunction will be decided based solely on the briefs, declarations, and arguments of counsel, and there shall be no live testimony.

It is so ORDERED.

Dated: January 7, 2026

/s/
Patricia Tolliver Giles
United States District Judge