**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

THOMAS RICHARDS,

*Plaintiff*,

v.

AOL MEDIA LLC,

*Defendant*.

Case No: 1:25CV02448 (PTG/IDD)

**DEFENDANT'S MOTION TO COMPEL**
**ARBITRATION OR, ALTERNATIVELY, TO TRANSFER VENUE**

Defendant AOL Media LLC ("AOL"), pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, moves the Court to compel Plaintiff Thomas Richards ("Richards") to proceed by arbitration in accordance with the parties' arbitration agreement. Alternatively, pursuant to 28 U.S.C. § 1404(a), AOL moves the Court to transfer this action to the United States District Court for the Southern District of New York in accordance with the parties' forum-selection clause. AOL is simultaneously filing a brief in support of this motion.

Dated: January 12, 2026

Respectfully submitted,

**AOL MEDIA LLC**
*By Counsel*

*/s/ Brooks H. Spears*
Brooks H. Spears (VSB No. 86391)
Zachary J. Poretz (VSB No. 99508)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
T: (703) 712-5132
F: (703) 712-5252
bspears@mcguirewoods.com
zporetz@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that, on January 12, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.

*/s/ Brooks H. Spears*