**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

THOMAS RICHARDS,

*Plaintiff*,

v.

AOL MEDIA LLC,

*Defendant*.

Case No: 1:25CV02448 (PTG/IDD)

**DEFENDANT'S MOTION TO DISMISS**

Defendant AOL Media LLC ("AOL"), pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6), as well as *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976), moves the Court to dismiss the complaint of Plaintiff Thomas Richards. AOL is simultaneously filing a brief in support of this motion.

Dated: January 12, 2026

Respectfully submitted,

**AOL MEDIA LLC**
*By Counsel*

*/s/ Brooks H. Spears*

Brooks H. Spears (VSB No. 86391)
Zachary J. Poretz (VSB No. 99508)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
T: (703) 712-5132
F: (703) 712-5252
bspears@mcguirewoods.com
zporetz@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that, on January 12, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.

*/s/ Brooks H. Spears*