## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| THOMAS RICHARDS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No: 1:25CV02448 (PTG/IDD) |
| ) | |
| AOL MEDIA LLC, ) | |
| ) | |
| *Defendant*. ) | |

### DEFENDANT'S NOTICE OF CLARIFICATION OF THE PURPORTED "CONSENT" MOTION FOR REMOTE APPEARANCE FILED BY PLAINTIFF

Defendant AOL Media LLC ("AOL") files this notice to clarify its position on the request of Plaintiff's counsel to appear remotely at the January 23, 2026 hearing. ECF 25. During a meet and confer on January 5, Plaintiff's counsel said that *she* would like to appear remotely at the hearing. AOL's counsel replied that he did not object, but stated the Court would need to grant permission for such a request. On January 14, at 2:57 a.m., Plaintiff filed what he captioned as a "consent motion" even though the motion was never shared with, or approved by, AOL or its attorney. Moreover, Plaintiff improperly requested permission for *both* parties to appear remotely, even though AOL's attorney has never made such a request. To be clear, AOL's attorney intends to appear in-person at the hearing.

Dated: January 14, 2026                    Respectfully submitted,

                                                                          **AOL MEDIA LLC**
*By Counsel*

*/s/ Brooks H. Spears*
Brooks H. Spears (VSB No. 86391)
Zachary J. Poretz (VSB No. 99508)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
T: (703) 712-5132
F: (703) 712-5252
bspears@mcguirewoods.com
zporetz@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on January 14, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.

*/s/ Brooks H. Spears*