**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| THOMAS RICHARDS, *Plaintiff*, | ) | |
| v. | ) | Case No. 1:25-cv-2448 (PTG-IDD) |
| AOL MEDIA, LLC, *Defendant*. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Remote Appearance ("Motion") (Dkt. 25). For lack of good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 25) is **DENIED**.

Entered this 14th day of January, 2026.
Alexandria, Virginia.

/s/
Patricia Tolliver Giles
United States District Judge