UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOMAS RICHARDS,<br><br>                Plaintiff,<br>v.<br>AOL MEDIA LLC,<br><br>                Defendant. | Case No: 1:25CV02448 (PTG/IDD) |

**NOTICE OF WITHDRAWAL OF SPOLIATION MOTION**

Plaintiff Thomas Richards, by counsel, hereby withdraws his Amended Emergency Motion for Preservation Order and For Sanctions for Spoliation of Evidence (ECF 6), which superseded the original motion at ECF 4.

Plaintiff possesses copies of the legacy privacy policy at issue and does not require court intervention to obtain it. Accordingly, the motion is moot. Any outstanding discovery issues will be addressed through the ordinary discovery process.

Plaintiff reserves the right to reference Defendant's conduct in blocking public access to its prior Privacy Policy--within days of being served with this lawsuit--as evidence relevant to Plaintiff's claims.

Dated: January 14, 2026

                                      Respectfully submitted,
                                      THOMAS RICHARDS
                                      By Counsel

                                      */s/ Lisa Weingarten Richards*
                                      Lisa Weingarten Richards
                                      VSB No. 96671 / NY Bar No. 4932570
                                      LWR Law Offices
                                      3060 Williams Dr. Ste 300 #510

                                          Fairfax, Virginia 22031
                                          LWR@lwrlawoffices.com
                                          (202) 981-2059

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on January 14, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.

                                          */s/ Lisa Weingarten Richards*
                                          Lisa Weingarten Richards