**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| THOMAS RICHARDS,<br>*Plaintiff*,<br>v.<br>AOL MEDIA LLC,<br>*Defendant*. | Case No: 1:25CV2448 (PTG/IDD) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S**
**MOTION TO CONTINUE JANUARY 23, 2026 HEARING**

Defendant AOL Media LLC ("AOL"), pursuant to L. Civ. R. 7(F), submits this opposition to the motion to continue filed by Plaintiff Thomas Richards ("Richards").

1. In accordance with Paragraph 5 of the Court's Order Regarding Motions (ECF 16), there are currently three motions set to be heard on January 23: (i) Richards' motion for a preliminary injunction (ECF 2); (ii) AOL's motion to compel arbitration or, alternatively, to transfer venue (ECF 19); and (iii) AOL's motion to dismiss (ECF 21).

2. The only reason AOL agreed to a consolidated hearing date with shortened briefing deadlines was to accommodate Richards' demand to "expedite the preliminary injunction hearing." ECF 15 ¶ 2.

3. Between the entry of the Court's Order Regarding Motions and the present date, AOL and its attorneys have spent many hours briefing the various motions to be heard and preparing for argument.

4. Now, two days before the hearing, Richards has moved to continue the hearing date because he says he intends to amend his complaint. Richards could have previously

notified AOL and the Court of his intention to amend, which would have avoided a significant waste of time and money.

5. Although an amended complaint would moot AOL's motion to dismiss, Richards does not contend that the proposed amended complaint will moot his motion for a preliminary injunction[1] or AOL's motion to compel arbitration or, alternatively, to transfer venue.

6. Wherefore, AOL asks the Court to deny Richards' motion to continue as it pertains to the January 23 hearing date for Richards' motion for a preliminary injunction and AOL's motion to compel arbitration or, alternatively, to transfer venue.

7. Based on Richards' representation that he will be filing an amended complaint in accordance with Fed. R. Civ. P. 15(a)(1)(B), AOL does not object to canceling the hearing on AOL's pending motion to dismiss. If AOL moves to dismiss the amended complaint, it will schedule a new hearing at that time.

[1] In AOL's view, Richards' motion for preliminary injunction is already moot based on the fact that he has "disabled the privacy toggles," ECF 28 at 3, which precludes AOL from scanning his emails, ECF 17-2 ¶ 19. The absence of any urgent need for preliminary relief is further underscored by Richards' request to indefinitely continue the hearing on his motion for preliminary injunction rather than moving forward with the expedited hearing date that he previously demanded. ECF 32. At bottom, Richards should simply withdraw his motion for preliminary injunction, which he inexplicably refuses to do. If Richards truly believes that urgent relief is needed, then he should move forward with the current hearing date of January 23.

Dated: January 22, 2026

Respectfully submitted,

**AOL MEDIA LLC**
*By Counsel*

*/s/ Brooks H. Spears*

Brooks H. Spears (VSB No. 86391)
Zachary J. Poretz (VSB No. 99508)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
T: (703) 712-5132
F: (703) 712-5252
bspears@mcguirewoods.com
zporetz@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on January 22, 2026, I caused the foregoing to be served via the Court's electronic filing system, which will send notice to all counsel of record.

*/s/ Brooks H. Spears*