IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOMAS RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-2448 (PTG-IDD) |
| AOL MEDIA, LLC, | ) ) ) |
| Defendant. | ) ) ) ) |

ORDER

This matter comes before the Court on Plaintiff's Motion to Continue (Dkt. 32). Plaintiff asserts that he intends to file an amended complaint. *Id.* ¶ 1. Nevertheless, the Court will hold the hearing as scheduled on Friday, January 23, 2026, at 10:00 a.m. Accordingly, it is hereby

**ORDERED** that the Motion to Continue (Dkt. 32) is **DENIED**.

Entered this 21st day of January, 2026.
Alexandria, Virginia.

/s/
Patricia Tolliver Giles
United States District Judge