**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

THOMAS RICHARDS,

Plaintiff,

v.

Case No. 1:25-cv-02448 (PTG/IDD)

AOL MEDIA LLC,

Defendant.

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

**IN OPPOSITION TO MOTION TO COMPEL ARBITRATION**

Plaintiff Thomas Richards, by counsel, respectfully moves for leave to file the attached Supplemental Brief in Opposition to Defendant's Motion to Compel Arbitration pursuant to Local Civil Rule 7(F)(1). In support thereof, Plaintiff states as follows:

1. On January 12, 2026, Defendant filed its Motion to Compel Arbitration or, Alternatively, to Transfer Venue (ECF 19).

2. On January 14, 2026, Plaintiff filed a Consolidated Response in Opposition (ECF 28).

3. On January 20, 2026, Defendant filed a Reply Brief (ECF 31) raising several arguments that were not addressed in Defendant's opening brief and that warrant response.

4. Specifically, Defendant's Reply Brief argues for the first time that:

> (a) Plaintiff must "choose" which version of the Terms of Service applies and be bound by all provisions of that version (ECF 31 at 2);
>
> (b) Plaintiff's reliance on the 2017 forum selection clause precludes reliance on the 2026 opt-out provision (ECF 31 at 6);

(c) New York law governs contract formation, making Kiser v. Truist Fin. Corp. inapplicable (ECF 31 at 7-8); and

(d) The AMT timestamp evidence conclusively establishes Plaintiff's consent to the 2018 Terms (ECF 31 at 3-5).

5. Good cause exists for filing a supplemental brief because Defendant's Reply raised new arguments that could not have been anticipated and addressed in Plaintiff's initial opposition. Permitting a supplemental response will ensure that the Court has a complete record on the arbitration issue.

6. The proposed Supplemental Brief addresses: (a) Defendant's judicial estoppel from its Loudoun County demurrer position that it "is not a party" to the 2017 Terms; (b) the plain language of the 2026 Terms releasing prior arbitration agreements for "claims not yet filed"; (c) the unreliability of the AMT timestamp evidence; and (d) the application of Virginia law to contract formation.

7. Granting this motion will not prejudice Defendant, as the Supplemental Brief responds only to arguments Defendant itself raised in its Reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Supplemental Brief in Opposition to Defendant's Motion to Compel Arbitration.

Respectfully submitted,

THOMAS RICHARDS
By Counsel

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards (VSB No. 96671)
LWR LAW OFFICES
3060 Williams Dr., Suite 300 #510
Fairfax, Virginia 22031
Telephone: (202) 981-2059
Email: LWR@LWRLawOffices.com
Counsel for Plaintiff

Dated: January 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards